UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| OLIVER FLOYD,<br>      Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>*Commissioner of Social Security Administration,*<br>      Defendant. | **JUDGMENT**<br><br>Case No. 5:20-CV-5-KS |

---

## Decision by Court.

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the parties' cross motions for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** the Plaintiff's Motion for Judgment on the Pleadings [DE-19] is GRANTED, Defendant's Motion for Judgment on the Pleadings [DE-25] is DENIED and the case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration.

This judgment filed and entered on March 9, 2021, with electronic service upon:

Charlotte Hall, *Counsel for Plaintiff*
Amanda Gilman, *Counsel for Defendant*

                                                    **PETER A. MOORE, JR.**
                                                    CLERK, U.S. DISTRICT COURT

DATE: March 9, 2021                           /s/ *Shelia Foell*
                                                     (By): Shelia Foell, Deputy Clerk of Court