IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-cv-5-KS

| | |
|---|---|
| OLIVER FLOYD, | ) |
| Plaintiff, | ) |
| v. | ) **CONSENT ORDER** |
| ANDREW SAUL, Commissioner of Social Security, | ) |
| Defendant. | ) |

This action being submitted to the Court for entry of a Consent Order agreed to by the parties; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $7,400.00 in attorney fees, in full and final settlement of all claims arising under the Equal Access to Justice Act ("EAJA"). *See* 28 U.S.C. § 2412(d). It also appearing that Plaintiff's counsel should be paid $400.00 in costs from the Judgment Fund by the U.S. Department of Treasury pursuant to 28 U.S.C. § 2412(a)(1).

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of $7,400.00, and that the Judgment Fund pay to Plaintiff's counsel $400.00, in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sums this case is dismissed with prejudice. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charlotte Hall, and mailed to her office at P.O. Box 58129, Raleigh, North Carolina 27658, in accordance with Plaintiff's assignment to his attorney of his right to payment of

attorney's fees under the EAJA. If the payment is subject to offset, then any remaining fee will be made payable to Plaintiff and mailed to Plaintiff's counsel's office address.

This 15th day of April 2021.

_____
KIMBERLY A. SWANK
United States Magistrate Judge


CONSENTED TO:

/s/ CHARLOTTE W. HALL
Attorney for Plaintiff
Arrowood & Hall, PLLC
P.O. Box 58129
Raleigh, NC 27658
Phone: 919-803-8973
Fax: 855-819-1675
charlotte@arrowoodandhall.com
NC Bar #41290


/s/ CASSIA W. PARSON
Attorney for Defendant
Special Assistant United States Attorney
Social Security Administration
6401 Security Boulevard
Room 617, Altmeyer Building
Baltimore, Maryland 21235
Telephone: (410) 966-0446
Fax: (410) 597-1435
Cassia.parson@ssa.gov
Maryland Bar