UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-5-KS

| | |
|---|---|
| OLIVER FLOYD, | |
| Plaintiff, | |
| v. | ORDER |
| KILOLO KIJAKAZI<br>Acting Commissioner of Social Security, | |
| Defendant. | |

Upon consideration of Plaintiff's petition for attorney's fees under 42 U.S.C. § 406(b), and Defendant's response, it is ORDERED that Charlotte W. Hall, Esquire, PO Box 58129, Raleigh, North Carolina 27658, is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $17,299.52 (or 25% of Plaintiff's past-due benefits, whichever is less). Plaintiff's counsel will reimburse Plaintiff the sum of $12,400.00, which represents fees previously received under the Equal Access Justice Act (EAJA), 28 U.S.C. § 2412.

This 14th day of August 2023.

_____
KIMBERLY A. SWANK
United States Magistrate Judge